AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CEMENT MASONS PENSION
FUND LOCAL 502, et al.

    Plaintiffs,

V.

CONCRETE EXCAVATION REMOVAL LLC, AN ILLINOIS
CORPORATION

    Defendant.

CASE NUMBER: 08CV4466

ASSIGNED JUDGE: **JUDGE KENNELLY**

DESIGNATED
MAGISTRATE JUDGE **MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

    CONCRETE EXCAVATION REMOVAL, LLC
    c/o its registered agent, Donald N. Kleyweg
    2300 Maywood Drive
    Bellwood, IL 60104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Donald D. Schwartz
    Arnold and Kadjan
    19 West Jackson Blvd., Suite 300
    Chicago, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**Michael W. Dobbins, Clerk**

_(signature)_
(By) DEPUTY CLERK

August 7, 2008
Date

AO 440 (Rev 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 8/15/08 @ 11:10 am |
| NAME OF SERVER (PRINT) | TITLE |
| Brian Riebel | Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served:

Served Concrete Excavating Removal LLC c/o Reg Agent Ronald Kleywes at office 2300 Mayond Dr, Bellwood IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

(W/M 45-50 glasses, light brown hair)

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/15/08
Date

Signature of Server

THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.